IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00605-WYD-MJW

DOETTA LIVINGSTON,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC., a California corporation,

    Defendant.

---

**ORDER**

---

    THIS MATTER is before the Court on plaintiff, Doetta Livingston's, Notice Of Dismissal With Prejudice [ECF No. 9], filed on April 18, 2013.  After careful review of the file, this Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

    ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney fees and costs.

    Dated: April 22, 2013.

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior U.S. District Judge